# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NAKEYDRAN WILLIAMS

NO. 2020 KW 0589

**AUGUST 18, 2020**

---

In Re:   Nakeydran Williams, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-14-0645.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT